IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

      Plaintiff,                     No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On January 5, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Avilia and Gillett were returned unserved because neither the United States Marshal nor officials with the California Department of Corrections were able to locate said defendants with the information initially provided by plaintiff. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the fourth amended complaint filed October 12, 2004; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed fourth amended complaint filed October 12, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: June 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
gibs1547.8e(1)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

      Plaintiff,                  No. CIV S-03-1547 LKK JFM P

      vs.

D.L. RUNNELS, Warden, et al.,     NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1      completed summons form

        2      completed USM-285 forms

        3      copies of the October 12, 2004 Fourth Amended Complaint

DATED:

                                                      Plaintiff