IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

    Plaintiff,                       No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On August 31, 2005, September 19, 2005, November 8, 2005, and November 14, 2005, plaintiff filed his third, fourth, fifth and sixth requests for the appointment of counsel. Plaintiff's previous requests were filed on August 8, 2003, and June 1, 2004. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 31, 2005, September 19, 2005, November 8, 2005 and November 14, 2005 requests are denied.

DATED: November 28, 2005.

                                               UNITED STATES MAGISTRATE JUDGE

/mp:001
gibs1547.31thr