IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

    Plaintiff,                    No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 6, 2005, defendants filed a request for leave to serve discovery responses in excess of time. Defendants' responses were due on or about August 10, 2005, but were not submitted to plaintiff until October 6, 2005. Good cause appearing, defendants' application will be granted.

        IT IS HEREBY ORDERED that defendants' October 6, 2005 application is granted.

DATED: November 28, 2005.

UNITED STATES MAGISTRATE JUDGE

/mp:001; gibs1547.eot