IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

      Plaintiff,                    No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed June 14, 2005, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his fourth amended complaint which are required to effect service on the defendants. On August 15, 2005, plaintiff submitted the complete USM-285 form for J.S. Avilia and three copies of the fourth amended complaint but failed to file the completed USM-285 form for Gillett.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return to plaintiff one copy of the fourth amended complaint submitted by plaintiff on October 12, 2004; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for Gillett required to effect service.  Failure to return the form and copy of the fourth amended complaint  within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 17, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

7
gibs1547.8f