IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN (GIBSON),

    Plaintiff,                        No. CIV S-03-1547 LKK JFM P

    vs.

D. L. RUNNELS, Warden, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

    On August 23, 2006, plaintiff filed a request for entry of default against defendant Avila. The record reflects that defendant Avila has not been served with process. The record reflects, however, that defendants have moved to dismiss all claims raised in plaintiff's fourth amended complaint. Although defendants expressly disavowed that the motion to dismiss constituted an appearance by defendant Avila in this action, see Motion to Dismiss, filed April 8, 2005, in that motion defendants expressly seek dismissal of a claim for interference with plaintiff's legal mail that is raised only against defendant Avila. The court therefore finds that defendant Avila has appeared in this action through counsel for the other defendants. For that reason, entry of default is not appropriate and plaintiff's request will be denied.

On August 25, 2006, defendants filed a motion for a protective order. Defendants seek a protective order from all discovery due to the pendency of their April 8, 2005 motion to dismiss. In view of this court's recommendation that the motion to dismiss be granted, and good cause appearing, defendants' motion for protective order will be granted. Plaintiff's September 7, 2006 motion to compel will therefore be denied.

Finally, plaintiff has filed numerous other motions. In view of this court's findings and recommendations issued concurrently with this order, all other outstanding motions will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiffs' August 23, 2006 request for entry of default is denied;

2. Defendants' August 25, 2006 motion to strike is denied;

3. Plaintiff's September 7, 2006 motion to compel is denied; and

4. All outstanding motions are denied.

DATED: November 13, 2006.

UNITED STATES MAGISTRATE JUDGE

12
gibs1547.o