1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLARENCE A. GIBSON,

11          Plaintiff,                        No. CIV S-03-1547 LKK JFM P

12          vs.

13   D. L. RUNNELS, Warden, et al.,

14          Defendants.                       ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 14, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations, as well as several other motions.[1]

23   /////

24   _____

25          [1] On December 11, 2006, plaintiff filed a request for an extension of time to file
     objections to the findings and recommendations.  On December 14, 2006, plaintiff filed
26   objections.  Good cause appearing, the December 11, 2006 request will be granted and the
     Decemer 14, 2006 objections deemed timely filed.

                                               1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2   304, this court has conducted a de novo review of this case.  The magistrate judge recommends

3   dismissal of this action due to plaintiff's failure to exhaust administrative remedies prior to suit.

4   Having carefully reviewed the entire file, the court finds the findings and recommendations to be

5   supported by the record and by proper analysis.  Accordingly, the findings and recommendations

6   will adopted in full.  In view of that ruling, all outstanding motions will be denied.

7           Accordingly, IT IS HEREBY ORDERED that:

8           1.  The findings and recommendations filed November 14, 2006, are adopted in

9   full;

10           2. Defendants' April 8, 2005 motion to dismiss is granted;

11           3.  Plaintiff's December 11, 2006 request for an extension of time to file

12   objections is granted;

13           4.  Plaintiff's December 14, 2006 objections are deemed timely filed;

14           5.  Plaintiff's December 14, 2006 motion to stay is denied;

15           6.  Plaintiff's December 20, 2006 motion for appointment of counsel and

16   extraordinary extension of time is denied;

17           7.  All other outstanding motions are denied; and

18           8.  This action is dismissed for failure to exhaust administrative remedies prior to

19   suit.

20   DATED:   March 9, 2007.

21

22   LAWRENCE K. KARLTON

23   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

24

25

26