IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

    Plaintiff,                        No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.
_____/

CLARENCE A. GIBSON,

    Plaintiff,                        No. CIV S-07-0157 MCE EFB P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                     <u>ORDER</u>
_____/

        The court has received the Notice of Related Cases concerning the above-captioned cases filed February 7, 2007 in CIV S-07-0157 MCE EFB P. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The court has, however, determined that it is inappropriate to relate and reassign Civil No. S-07-0157 MCE EFB to the instant action, and it therefore declines to do so.

        IT IS SO ORDERED.

////

DATED: March 13, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT