IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE A. GIBSON,

    Plaintiff,                      No. CIV S-03-1547 LKK JFM P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.                 ORDER

_____/

        On February 6, 2007, plaintiff filed a request to have his exhibits transferred from the instant action to his new action, CIV S-07-0157 MCE EFB. Plaintiff's request will be denied as unnecessary. A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Plaintiff may ask the court in CIV S-07-0157 to take judicial notice of the particular exhibit, filed in the instant action, at the appropriate point in the litigation. Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2007 request is denied.

DATED: March 15, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; gibs1547.ntc