UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| CLARENCE ALBERT GIBSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CAL A. TERHUNE; et al.,<br><br>Defendants - Appellees. | No.  07-15430<br>D.C. No. CV-03-01547-LKK  JFM<br><br><br>ORDER |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [x]

Explanation: _For the reasons set forth in the Magistrate Judges Findings & Recommendation_

_____
Judge
United States District Court

Date: 4/9/07