# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

CLARENCE ALBERT GIBSON,

    Plaintiff - Appellant,

V.

CAL A. TERHUNE; et al.,

    Defendants - Appellees.

No. 07-15683

D.C. No. CV-03-01547-LKK

**ORDER**

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _For reasons in Order of 7/14/06_

_[signature]_
Judge
United States District Court

Date: 7/23/07